IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE ROBERT B. KUGLER

KEVIN TAYLOR, :
:
      Plaintiff(s), :
:
      v. :  Civil No. 11-5367(RBK)
:
UNITED STATES OF AMERICA, :
:
      Defendant(s). :

**O R D E R**

**THIS MATTER HAVING COME** before the court upon the following Motions filed by petitioner, Kevin Taylor, pro se:

    1.  Motion for Entry of Default [Docket Entry 6];

    2. Motion for Default Judgment [Docket Entry 9];

    3. Motion for an Order Compelling Clerk to Enter Respondent's

       Default (Docket Entry 10];

and it appearing that respondent is not in default because it filed a Motion to Dismiss on February 16, 2012, and filed an Answer on May 22, 2012,

**IT IS ON THIS**   4th   day of December, 2012, **ORDERED** that petitioner's Motion for Entry of Default, is **DENIED,** petitioner's Motion for Default Judgment, is **DENIED**, and petitioner's Motion for an Order Compelling Clerk to Enter Respondent's Default, is **DENIED**.

                                                            s/Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                            United States District Judge